# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

MICHAEL STEVEN GORBEY,                        §
#33405-013                                    §
                                              §
v.                                            §        CIVIL ACTION NO. 3:26-CV-1388-S-BT
                                              §
ADMINISTRATOR PSCC, et al.                    §

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Unless Plaintiff pays the full $405.00 filing fee within fourteen days of this order, his case will be dismissed without prejudice by separate judgment and without further notice.

**SO ORDERED.**

SIGNED June 9, 2026.

_____
**UNITED STATES DISTRICT JUDGE**